Michael P. Duff, (Bar No. 230280)
Attorney at Law
1035 E. Vista Way, Suite 197
Vista, California 92084
Tel: (760) 420-9298
Fax: (760)546-0525

Attorney for: Ahl-e-Bait TV, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHL-E-BAIT TV, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAYED HASSAN ABBASI, an Individual; THE SUNNI DEFENSE, an unknown entity, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> DEMAND FOR A JURY TRIAL <br><br> '17CV1569 CAB AGS |

Plaintiff alleges the following on information and belief:

## INTRODUCTION

1. This is an action for copyright infringement under the Copyright Act of the United, 17 U.S.C. §§101 *et seq.*

2. Plaintiff is the creator and owner of certain copyright protected audio/ video productions. Defendants copied and/or reproduced Plaintiff's copyrighted audio/video productions, and/ or manufactured, distributed, marketed, and/or used without receiving prior permission of the Plaintiff. Plaintiff seeks all relief available for copyright infringement under the Copyright Act of the United, 17 U.S.C. §§101 *et seq.*

## JURISDICTION AND VENUE

3. This Court has jurisdiction of this action under Federal Copyright Laws, 28 U.S.C. §1331, and §1338(a).

4. Venue is proper in this district under 28 U.S.C. §1391 (b)(2), as a substantial part of the property that is subject of the action is situated in this district.

**THE PARTIES**

5. Plaintiff, AHL-E-BAIT TV, INC., is a video production company with its production studios, and production material storage facility, located in the State of California, County of San Diego, City of Poway.

6. HASSAN ALLAHYARI, is and at all times herein mentioned, was the President, and CEO of Plaintiff, AHL-E-BAIT TV, INC, and the original producer of the copyrighted material that is the subject of this action.

7. Defendant, SAYED HASSAN ABBASI, is an individual, and on information and belief, was the owner, and/ or YouTube registrant of the YouTube Channel "THE SUNNI DEFENSE", who uploaded to YouTube, under the URL: http//www.youtube.com/watch?v=qlYq7W63fY, Plaintiff's copyrighted material that is the subject of this action.

8. Defendant, THE SUNNI DEFENSE, is an entity of unknown organization, and structure, and which was the name identified as the transmitter of Plaintiff's copyrighted material, and was registered to and represented by Defendant, SAYED HASSAN ABBASI.

**CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT**

9. Plaintiff hereby incorporates by this reference paragraphs 1 through 8 of this Complaint as though fully set forth at this point.

10. Plaintiff has complied with the laws governing copyrights, and has secured the exclusive rights and privileges in and to the copyright at issue in this action.

11. Defendants have infringed, directly or through agents, Plaintiff's copyright protected material titled: *Pre-Debate Talk With Salafi Activist Hassan Abbasi/ Shamerani*, produced by Plaintiff, and published on YouTube by Plaintiff, on July 11, 2017.

12. On information and belief, Defendants have infringed Plaintiff's copyrights by, copying Plaintiff's copyright protected material, and/ or creating derivative works from Plaintiff's copyrighted material, and/ or reproducing Plaintiff's copyrighted material listed above.

13. Plaintiff has been, and still is the sole proprietor of all rights, title, and interest in its copyrighted material. Defendants' use, production, distribution, sale, copying and/ or reproduction of Plaintiff's copyrights is and has been without the consent and/ or authorization of Plaintiff. The

activities of Defendants complained of herein constitute willful and intentional infringement of Plaintiff's copyrights and are in total disregard of Plaintiff's rights.

14. Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the acts of Defendants in an amount thus far not determined.

15. As a result of such infringement, Plaintiff seeks all remedies available to it, pursuant to the Copyright Act, including, but not limited to:

   a. Actual damages suffered by Plaintiff as a result of the infringement pursuant to 17 U.S.C. §504(b).

   b. Any profits of Defendants that are attributable to the infringement and are not taken into account in computing the actual damages pursuant to 17 U.S.C. §504(b).

   c. Statutory damages, at Plaintiff's election instead of actual damages, and profits, for all infringements involved in this action, with respect to any one work, for which any one Defendant is liable individually, or for which Defendant is liable jointly and severally with another, in a sum not less than $750, or more than $30,000, as the Court considers just pursuant to 17 U.S.C. §504(c)(1). To the extent the Court finds that infringement was committed willfully, the Court in its discretion may increase the award of statutory damages to a sum of not more than $150,000, per violation, pursuant to 17 U.S.C. §504(c)(2).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment and/ or orders as follows:

1. That the Defendants be held to have infringed, directly, or otherwise, Plaintiff's copyrights;

2. That the Defendant's be required to account for all gains, profits, and advantages derived from each of its infringements of Plaintiff's copyrights and to pay Plaintiff such damages as Plaintiff has sustained in consequence of each of the Defendants' infringements, or such damages as this Court shall appear proper within the provisions of the Copyright Laws.;

3. That all of the products and/ or derivative works used to perpetrate the infringing acts herein complained of be seized, impounded, and destroyed;

///

1       4. That a preliminary and permanent injunction be issued restraining and enjoining Defendants and Defendants' officers, agents, attorneys, directors, employees, and those acting in privity or in concert with them, from directly or indirectly using, in any fashion or form, any of Plaintiff's copyrighted works, including but not limited to, the material contained in URL: http//www.youtube.com/watch?v=qlYq7W63fY.

      5. That all gains, profits and advantages derived by Defendants from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Plaintiff to avoid dissipation and/ or fraudulent transfers of such monies by Defendants;

      6. That the Defendants be ordered to pay compensatory damages;

      7. That the Defendants be ordered to pay Plaintiff's cost of suit, expenses, and attorney fees incurred;

      8. Such other and further relief as this Court may deem just and proper.

Dated: August 4, 2017            By:   s/s Michael P. Duff
                                                            Michael P. Duff, Attorney for Plaintiff

                                                      1035 E. Vista Way, Suite 197
                                                      Vista, California 92084
                                                      Telephone: (760) 420-9298

                                                      *Attorney for Plaintiff Ahl-e-Bait TV, Inc.*

**DEMAND FOR JURY A JURY TRIAL**

Plaintiff demands a trial by jury on all causes of action so triable.

Dated: August 4, 2017                    By:    s/s Michael P. Duff
                                                Michael P. Duff, Attorney for Plaintiff

                                         1035 E. Vista Way, Suite 197
                                         Vista, California 92084
                                         Telephone: (760) 420-9298

                                         *Attorney for Plaintiff Ahl-e-Bait TV, Inc.*